Travis N. Barrick, SBN 9257
TRAVIS N. BARRICK, PC
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
tbarrick@vegascase.com

Nathan E. Lawrence, SBN 15060
Joseph P. Lawrence, SBN 16726
LAWRENCE & LAWRENCE LAW, PLLC
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com
*Attorneys for Plaintiff*

<div style="text-align:left; writing-mode: vertical;">LAWRENCE & LAWRENCE<br>All brothers fight, but we fight for you.℠</div>

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| DENZEL HOSEA MARTIN, Special Administrator of the Estate of Weslie Hosea Martin,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA *et al.*,<br><br>Defendants. | Case No.: 3:23-cv-00423-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff DENZEL HOSEA MARTIN ("Denzel Martin"), as Special Administrator of the Estate of Weslie Hosea Martin, Deceased, by and through his attorneys of the law firms of TRAVIS N. BARRICK, PC and LAWRENCE & LAWRENCE LAW, PLLC, and Defendants, by and through the OFFICE OF THE ATTORNEY GENERAL, Leo T. Hendges, Senior Deputy Attorney General, hereby submit this Stipulation and Order to Dismiss with Prejudice.



IT IS HEREBY STIPULATED AND AGREED by and between the respective parties that the above-entitled action and all claims against Defendants be dismissed with prejudice and the matter closed, each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 17th day of February 2026.                    DATED this 17th day of February 2026.

**OFFICE OF THE ATTORNEY GENERAL**                    **LAWRENCE & LAWRENCE LAW, PLLC**

/s/ Leo T. Hendges

Leo T. Hendges,                                           Nathan E. Lawrence, SBN 15060
   Senior Deputy Attorney General                       Joseph P. Lawrence, SBN 16726
1 State of Nevada Way                                    9480 S. Eastern Ave., Ste. 213
Suite 100                                                Las Vegas, Nevada 89123
Las Vegas, Nevada 89119                                  Telephone: 702-534-6556
Telephone: 702-486-3795                                  Facsimile: 702-602-5168
Facsimile: 702-486-3768                                  nathan@law2esq.com
Email: lhendges@ag.nv.gov                                joseph@law2esq.com
*Attorneys for Defendants*

                                                         Travis N. Barrick, SBN 9257
                                                         TRAVIS N. BARRICK, PC
                                                         730 Las Vegas Blvd. S., Ste. 104
                                                         Las Vegas, Nevada 89101
                                                         Telephone: 702-892-3500
                                                         Facsimile: 702-386-1946
                                                         tbarrick@vegascase.com
                                                         *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this 18th day of February, 2026.

UNITED STATES DISTRICT COURT JUDGE

